IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:12-cv-206 |
| v. | : | |
| Glenn E. Pinney, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

There being no objection, the motion of Defendant the State of Ohio for leave to file an amended answer (Doc. 15) is **GRANTED**.

s/Mark R. Abel
United States Magistrate Judge