IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00206 |
| v. | : | Judge Watson |
| Glen E. Pinney, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

Counsel are DIRECTED to call my Chambers (614.719.3370) on October 26, 2012 at 11:00 a.m. to participate in a telephone status conference.

s/ Mark R. Abel
United States Magistrate Judge